# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| GROTE INDUSTRIES, LLC *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:12-cv-134-SEB-DML |
| KATHLEEN SEBELIUS, *et al.* | ) |
| Defendants. | ) |

## NOTICE OF NON-OPPOSITION TO REOPENING CASE

Defendants respectfully notify the Court that, insofar as Plaintiffs have asked the Court to lift the stay currently in place in this matter, *see* Mot. to Reopen Case, ECF No. 60, Defendants do not oppose that request.

Furthermore, Defendants intend to notify Plaintiffs that they are willing to agree to the entry of an injunction and judgment in favor of Plaintiffs in this case and will provide Plaintiffs with a proposed injunction and judgment. Defendants anticipate, based on other similar cases, that the Parties will submit either a joint proposed injunction and judgment, or a joint proposal for resolving any remaining dispute about the scope of the injunction and judgment to be entered.

Respectfully submitted this 24th day of September, 2014,

        JOYCE R. BRANDA
        Acting Assistant Attorney General

        KATHLEEN R. HARTNETT
        Deputy Assistant Attorney General

        JOSEPH H. HOGSETT
        United States Attorney

        JENNIFER RICKETTS
        Director, Federal Programs Branch

SHEILA M. LIEBER
Deputy Director

/s/ Jacek Pruski
JACEK PRUSKI (CA Bar. No. 277211)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, D.C. 20001
Tel: (202) 616-2035; Fax: (202) 616-8470
Email: jacek.pruski@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

/s/ Jacek Pruski
JACEK PRUSKI